*In re* ANTONIO RÍOS ACOSTA.

*Número:* CP-96-5          *Resuelto:* 30 de junio de 1997

*Luis Aponte Morales,* abogado del peticionario.

## RESOLUCIÓN

Vista la moción presentada por el Sr. Antonio Ríos Acosta, mediante la cual solicita su reinstalación a la práctica de la profesión de abogado y de notario, *se le reinstala en la práctica de la profesión de abogado. En cuanto a su solicitud de ser reinstalado a la práctica de la notaría, se pospone su consideración hasta que la Oficina de Inspección de Notarías rinda su informe sobre la obra notarial incautada. Se le concede a dicha oficina un término de diez (10) días, contados a partir de la notificación de esta resolución, para que notifique sobre el "status" de dicho informe.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

(*Fdo.*) Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*